■ Vito P. Montecalvo et al., Individually and on Behalf of Taxpayers and Voters in City of Utica, et al., Appellants, v City of Utica et al., Respondents. [649 NYS2d 852] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Dismiss Complaint.) Present—Lawton, J. P., Fallon, Wesley and Davis, JJ. (Filed Oct. 30, 1996.) [See, 170 Misc 2d 107.]